UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LEO MORAN, | : |
| Plaintiff | : |
| v. | : File No. 1:09-cv-227 |
| ANDREW PALLITO, | : |
| Defendant | : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed May 7, 2010. (Paper 11.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' Motion to Dismiss (Paper 7) is GRANTED. Plaintiff shall be allowed 30 days from the date of this Order to file an amended complaint. Failure to file a properly amended complaint on or before June 28, 2010 will result in the dismissal of this case with prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 28th day of May, 2010.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge