UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LEO MORAN, | : |
| Plaintiff | : |
| v. | : File No. 1:09-cv-00227-jgm |
| ANDREW PALLITO, | : |
| Defendant | : |

## ORDER

The Magistrate Judge's Report and Recommendation was filed December 27, 2010.  (Doc. 16.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Defendants' unopposed Motion to Dismiss (Doc. 15) is GRANTED.  This case is hereby DISMISSED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 25th day of January, 2011.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge